```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 03888
   JESSIE L WITHERSPOON JR
   LADONNE R WITHERSPOON                         CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7859      SSN XXX-XX-8484

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/20/2008 and was confirmed 06/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          260.29         .00           .00
LOAN EXPRESS CO            UNSECURED          298.00         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          475.84         .00           .00
ALLIED INTERSTATE          UNSECURED       NOT FILED         .00           .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1178.53         .00           .00
CMI                        UNSECURED       NOT FILED         .00           .00
FIRST NATIONAL BANK        UNSECURED       NOT FILED         .00           .00
HELVEY & ASSOC             UNSECURED       NOT FILED         .00           .00
B-REAL LLC                 UNSECURED          397.55         .00           .00
RECOVERY SERVICES OF AME   UNSECURED       NOT FILED         .00           .00
ISAC                       UNSECURED             .00         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          566.88         .00           .00
SUPREIOR ASSET MANGEMENT   UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          564.31         .00           .00
VERIZON WIRELESS           UNSECURED         2227.44         .00           .00
BEVERLY BUS GARAGE FEDER   SECURED VEHIC        .00         .00           .00
BEVERLY BUS GARAGE FEDER   UNSECURED         3514.25         .00           .00
HOME LOAN SERVICES INC     CURRENT MORTG       .00         .00           .00
GREAT AMERICAN FINANCE     SECURED          845.00        5.81         99.19
GREAT AMERICAN FINANCE     UNSECURED            .28         .00           .00
HSBC AUTO FINANCE          SECURED VEHIC   2425.00       16.69        233.31
HSBC AUTO FINANCE          UNSECURED           35.11         .00           .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED         .00           .00
HOME LOAN SERVICES INC     MORTGAGE ARRE       .00         .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED          988.28         .00           .00
ECMC                       UNSECURED             .00         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1073.83         .00           .00
AT&T WIRELESS              UNSECURED          321.60         .00           .00
UNITED STUDENT AID FUNDS   UNSECURED             .00         .00           .00
THOMAS M BRITT             DEBTOR ATTY      2,300.00                   1,415.08
TOM VAUGHN                 TRUSTEE                                       153.92

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03888 JESSIE L WITHERSPOON JR & LADONNE R WITHERSPOON
```

```
DEBTOR REFUND           REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,924.00

PRIORITY                                              .00
SECURED                                            332.50
     INTEREST                                       22.50
UNSECURED                                             .00
ADMINISTRATIVE                                   1,415.08
TRUSTEE COMPENSATION                               153.92
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                  1,924.00           1,924.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 08 B 03888 JESSIE L WITHERSPOON JR & LADONNE R WITHERSPOON